ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                          )
                                                     )
Anthony and Gordon Construction Co.                  )   ASBCA Nos. 61916, 62812
                                                     )
Under Contract Nos. N69450-13-C-0754                 )

APPEARANCE FOR THE APPELLANT:         Herman M. Braude, Esq.
                                        Braude Law Group, P.C.
                                        Rockville, MD

APPEARANCES FOR THE GOVERNMENT:       Craig D. Jensen, Esq.
                                        Navy Chief Trial Attorney
                                      Robyn L. Hamady, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The parties settled their dispute. The appeals are dismissed with prejudice.

Dated: October 6, 2022

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61916, 62812, Appeals of Anthony and Gordon Construction Co., rendered in conformance with the Board's Charter.

Dated: October 7, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals